IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SINCERE E. COLES** | * | |
| **KEVIN VENTURA,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. RWT 15-cv-2374 |
| | * | |
| **WIRELESS AND BEYOND DALLAS LLC,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

On January 4, 2016, this Court received both Plaintiffs' Notice of Acceptance of Defendant Wireless and Beyond MD LLC's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68(a). ECF Nos. 31, 32. On January 21, 2016, Plaintiffs Filed a Motion for Attorneys' Fees and Expenses. ECF No. 35. The Court held a hearing on the motion on March 17, 2016. ECF No. 38. For reasons stated on the record at the March 17, 2016 motions hearing and as further explained by tables attached to this Order, Plaintiffs' request for fees and costs totaling $75,335.88 has been reduced to $13,964.60. Accordingly, it is this 18th day of March, 2016, by the United States District Court for the District of Maryland,

**ORDERED**, that judgment for Plaintiff Sincere E. Coles is hereby **ENTERED** against Defendant Wireless and Beyond MD LLC in the amount of Five Thousand Dollars ($5,000.00); and it is further

**ORDERED**, that judgment for Plaintiff Kevin Ventura is hereby **ENTERED** against Defendant Wireless and Beyond MD LLC in the amount of Two Thousand Five Hundred Dollars ($2,500.00); and it is further

1

**ORDERED**, that Plaintiffs' Motion for Attorneys' Fees and Expenses (ECF No. 35) is hereby **GRANTED**  and the Plaintiffs are hereby awarded Attorneys' Fees and Expenses in the amount  of **$13,503.60 in attorneys' fees and $461.00 in costs**; and it is further

**ORDERED**, that the Clerk of this Court is hereby directed to **CLOSE** this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

**Table 1:** Hours Expended on Improper Motion

| Attorney | Date | Entry | Hours | Accrued Fees ($165 x hours) |
|---|---|---|---|---|
| Nyombi | 10/12/2015 | Investigation on WB Inc., WB MD LC, WB Dallas LLC internal processes including wage payment, employment records, salary payment, national structure | 7.00 | $1,155.00 |
| Nyombi | 10/14/2015 | Review of client documents on WB Inc., additional emails submitted | 2.00 | $330.00 |
| Nyombi | 10/15/2015 | Research on Samatha Cole and her relationship to WB Inc., WB LLC., WB Dallas LLC | 3.00 | $495.00 |
| Nyombi | 10/20/2015 | Review of documents submitted by client and drafting client questionnaire on the role of WB Dallas in WB Inc. and WB MD LLC | 1.00 | $165.00 |
| Nyombi | 10/20/2015 | Emailing client about joint employment relationship of defendants | 0.50 | $82.50 |
| Nyombi | 10/22/2015 | Review of email from client Sincere Coles on relationship between the three Defendants and Samantha Cole | 0.50 | $82.50 |
| Nyombi | 10/23/2015 | Drafting, reviewing documents and filing of Second Motion to amend and exhibits | 8.00 | $1,320.00 |
| Nyombi | 11/9/2015 | Review of Defendant's response in opposition to Plaintiff's Second Motion to Amend and to Join Samantha Cole, verification of accuracy of authorities cited | 5.00 | $825.00 |
| *Emejuru* | *11/9/2015* | *Review and mark-up of Response in Opposition to Plaintiffs Motion to Amend First Amended Complaint and to Join Samantha Cole as a party, verification of authorities cited, review of exhibit* | *5.00* | *$825.00* |
| Nyombi | 11/18/2015 | Review of Case authorities cited in Defendants response to Motion to amend | 4.00 | $660.00 |
| Nyombi | 11/19/2015 | Drafting of Reply to Defendants response to Second Motion to Amend, mark-up of Defendants brief in opposition, verification of authorities | 7.00 | $1,155.00 |
| Nyombi | 11/20/2015 | Drafting and reviewing Affidavit of Sincere Coles and Sending it to Sincere Coles | 2.00 | $330.00 |
| Nyombi | 11/23/2015 | Review of Affidavit sent by client Sincere Coles | 0.50 | $82.50 |
| Nyombi | 11/23/2015 | Drafting and filing Reply to Response to Motion Second Motion to Amend/ Correct | 3.00 | $495.00 |
| | | **GRAND TOTAL** | **48.50** | **$8,002.50** |
| | | Nyombi Total Struck | 43.50 | $7,177.50 |
| | | Emejuru Total Struck | 5.00 | $825.00 |

**Table 2:** Hours Expended After Offer of Judgment

| Attorney | Date | Entry | Hours | Accrued Fees ($165 x hours) |
|---|---|---|---|---|
| Nyombi | 12/31/2015 | Phone call with Sincere Coles about Offer of Judgment | 1.00 | $165.00 |
| Nyombi | 12/31/2015 | Emailing of Offer of Judgment to Sincere Coles | 0.25 | $41.25 |
| Nyombi | 12/31/2015 | Emailing Offer of Judgment to Kevin Ventura for signing | 0.25 | $41.25 |
| Nyombi | 1/1/2016 | Review of signed Offer of Judgment Sent by Kevin Ventura | 0.50 | $82.50 |
| Nyombi | 1/3/2016 | Review of email and signed Offer of Judgment Acceptance from Client | 0.50 | $82.50 |
| Nyombi | 1/4/2016 | Email to Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 1/4/2016 | Review Email from Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 1/4/2016 | Review, draft and file Notice of Acceptance with Offer of Judgment for Sincere Coles | 0.50 | $82.50 |
| Nyombi | 1/4/2016 | Acceptance for Kevin Ventura | 0.50 | $82.50 |
| Nyombi | 1/5/2016 | Emails from Court Clerk on Filing of Judge's Courtesy Copies | 0.25 | $41.25 |
| Nyombi | 1/6/2016 | Emails to and from Court Clerk on Judge's Courtesy Copies | 0.25 | $41.25 |
| Nyombi | 1/6/2016 | Email to Defense Counsel re: Notice of Acceptance of Offer of Judgment | 0.25 | $41.25 |
| Nyombi | 1/7/2016 | Filing of Judge's Courtesy Copies at the Courthouse | 1.00 | $165.00 |
| Nyombi | 1/7/2016 | Review of Court's Marginal Order Approving Notice of Acceptance of Offer of Judgment - Sincere Coles | 0.50 | $82.50 |
| Nyombi | 1/7/2016 | Review of Court's Marginal Order Approving Notice of Acceptance of Offer of Judgment - Kevin Ventura | 0.50 | $82.50 |
| | | **GRAND TOTAL** | **6.75** | **$1,113.75** |
| | | Nyombi Total Struck | 6.75 | $1,113.75 |

**Table 3:** Duplicate Tasks

| Attorney | Date | Entry | Hours | Accrued Fees ($165 x hours) |
|---|---|---|---|---|
| Nyombi | 7/31/2015 | Office Conference call with Sincere Coles and Attorney Emejuru (duplicates Nyombi 7/31 entry) | 1.00 | $165.00 |
| Nyombi | 9/9/2015 | Review of motion to enter appearance for Attorney Ikechukwu Emejuru (duplicates Emejuru 9/9 entry) | 0.25 | $41.25 |
| | | **GRAND TOTAL** | **1.25** | **$206.25** |
| | | Nyombi Total Struck | 1.25 | $206.25 |

**Table 4:** Insufficient Detail to Justify Large Amounts of Time

| Attorney | Date | Entry | Hours | Accrued Fees ($165 x hours) |
|---|---|---|---|---|
| Nyombi | 7/7/2015 | Review additional documents submitted by client | 4.00 | $660.00 |
| Nyombi | 7/8/2015 | Review of client documents and files concerning her employment with Wireless and Beyond | 6.00 | $990.00 |
| Nyombi | 7/8/2015 | Office conference with co-counsel on the case | 1.00 | $165.00 |
| Nyombi | 7/9/2015 | Research on Wireless and Beyond corporate structure | 4.00 | $660.00 |
| Nyombi | 7/10/2015 | Back ground research on Wireless and Beyond Officers and Directors nationwide | 3.00 | $495.00 |
| Nyombi | 7/31/2015 | Office Conference with client and Attorney Ikechukwu Emejuru about case | 1.00 | $165.00 |
| Nyombi | 9/8/2015 | Office conference with Attorney Ikechuwku Emejuru | 1.00 | $165.00 |
| Nyombi | 10/6/2015 | Review of Defendants Motion to dismiss | 4.00 | $660.00 |
| Nyombi | 10/7/2015 | Review of Defendants Answer to Amended Complaint, Affirmative Defenses, and applicability to case | 6.00 | $990.00 |
| Nyombi | 12/22/2015 | Case Management, review of exhibits for filing and filing of supplemental to Response to motion to dismiss | 4.00 | $660.00 |
| | | **GRAND TOTAL** | **34.00** | **$5,610.00** |
| | | **REDUCTION OF 50% FOR EXCESSIVE TIME** | **17.00** | **$2,805.00** |
| | | **NEW TOTAL** | **17.00** | **$2,805.00** |
| | | Nyombi Total Struck | 17.00 | $2,805.00 |

5

**Table 5:** Email Overbilling

| Attorney | Date | Entry | Hours | Accrued Fees ($165 x hours) |
|---|---|---|---|---|
| Nyombi | 9/4/2015 | Review Email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 9/4/2015 | Email to Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 9/4/2015 | Review email from Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 9/8/2015 | Email to Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 9/16/2015 | Review email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 9/18/2015 | Review email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 9/18/2015 | Review Email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 9/18/2015 | Review Email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 9/18/2015 | Review Email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 9/18/2015 | Email to Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 10/6/2015 | Review Email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 10/6/2015 | Email to Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 10/7/2015 | Email to Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 10/8/2015 | Emails to Attorney Heather Bailey | 0.50 | $82.50 |
| Nyombi | 10/8/2015 | Review email from Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 10/9/2015 | Review email from Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 10/16/2015 | Review email from Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 10/21/2015 | Review email from Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 10/21/2015 | Email to Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 10/22/2015 | Review email from Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 10/22/2015 | Email to Attorney Heather Bailey | 0.25 | $41.25 |
| Nyombi | 10/22/2015 | Review Email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 10/23/2015 | Review Email from Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 10/23/2015 | Email to Attorney Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 11/13/2015 | Review of emails from Court Clerk on Filing Judge's Courtesy hard copies of documents with Court | 0.25 | $41.25 |
| Nyombi | 11/20/2015 | Email to Attorney Jonathon Hoag | 0.25 | $41.25 |
| | | **GRAND TOTAL** | **6.75** | **$1,113.75** |
| | | **REDUCTION OF 66% FOR EXCESSIVE TIME** | **4.50** | **$742.50** |
| | | **NEW TOTAL** | **2.25** | **$371.25** |
| | | Nyombi Total Struck | 4.50 | $742.50 |

**Table 6:** Overbilling for Routine Filings

| Attorney | Date | Entry | Hours | Accrued Fees ($165 x hours) |
|---|---|---|---|---|
| Nyombi | 7/14/2015 | Review Paperless Order granting motion to appear pro hac for Jonathon Hoag | 0.25 | $41.25 |
| Nyombi | 8/11/2015 | Preparing request for summons and filing it in Court | 0.50 | $82.50 |
| Nyombi | 8/13/2015 | Review of summons issued by Court | 0.50 | $82.50 |
| Nyombi | 9/1/2015 | Review of filed summons and filing the executed summons in Court | 0.50 | $82.50 |
| Nyombi | 9/8/2015 | Review of Motion to Appear Pro hac vice for Jonathon D. Hoag | 0.25 | $41.25 |
| Nyombi | 9/8/2015 | Review of Motion to appear pro hac vice for Heather A. Bailey | 0.25 | $41.25 |
| Nyombi | 9/14/2014 | Review Paperless Order granting motion to appear pro hac vice Heather Bailey | 0.25 | $41.25 |
| Nyombi | 9/16/2015 | Review Order granting motion for extension of time to respond to Plaintiff's Complaint | 0.50 | $82.50 |
| Nyombi | 9/21/2015 | Review of joint motion for extension of time to amend and respond to initial pleadings | 0.50 | $82.50 |
| Nyombi | 10/6/2015 | Review of Court's Order granting extension of time to Amend | 0.50 | $82.50 |
| Nyombi | 10/6/2015 | Review of Defendants' Answer | 0.50 | $82.50 |
| Nyombi | 10/7/2015 | Review of Clerk's Deficiency Notice concerning Local Rule 103.3 and Defendants Corporate Disclosure Issue | 0.25 | $41.25 |
| Nyombi | 10/7/2015 | Review of Summons issued to WB Inc. and WB MD LLC. | 0.50 | $82.50 |
| Nyombi | 10/8/2015 | Review of Defendants Corporate Disclosure Statement | 0.50 | $82.50 |
| Nyombi | 10/10/2015 | Review and filing of summons returned executed for WB LLC and WB Inc. | 0.50 | $82.50 |
| Nyombi | 12/11/2015 | Review of Court's Order directing Plaintiffs to respond to Motion to Dismiss | 0.50 | $82.50 |
| **GRAND TOTAL** | | | **6.75** | **$1,113.75** |
| **REDUCTION OF 66% FOR EXCESSIVE TIME** | | | **4.50** | **$742.50** |
| **NEW TOTAL** | | | **2.25** | **$371.25** |
| Nyombi Total Struck | | | 4.50 | $742.50 |

**Table 7:** Excessive Research

| Attorney | Date | Entry | Hours | Accrued Fees ($165 x hours) |
|---|---|---|---|---|
| Nyombi | 7/16/2015 | Review of Maryland Wage and Hour law case law for precedents | 4.00 | $660.00 |
| Nyombi | 7/16/2015 | Review of case law and secondary materials on Opt-in Actions under FLSA | 3.00 | $495.00 |
| Nyombi | 7/17/2015 | Review of Fair Labor Standard Act decisions in the various circuits including the Fourth Circuit | 5.00 | $825.00 |
| Nyombi | 7/21/2015 | Review of Maryland Wage Payment and Collection Law ("MWPCL") precedent and secondary materials | 5.00 | $825.00 |
| Nyombi | 7/22/2015 | Review of relief available in Fair Labor Standards Cases, different secondary materials | 4.00 | $660.00 |
| Nyombi | 8/7/2015 | Development of case theory | 3.00 | $495.00 |
| | | **GRAND TOTAL** | **24.00** | **$3,960.00** |
| | | Nyombi Total Struck | 24.00 | $3,960.00 |

**Table 8**: Excessive Time to Draft Amended Complaint

| Attorney | Date | Entry | Hours | Accrued Fees ($165 x hours) |
|---|---|---|---|---|
| Nyombi | 9/22/2015 | Drafting Praecipe on filing Amended Complaint | 0.50 | $82.50 |
| Nyombi | 9/23/2015 | Final draft and filing of Status report - Plaintiff's praecipe on filing First Amended Complaint | 0.50 | $82.50 |
| Nyombi | 9/23/2015 | Drafting of Amended Complaint, editing redline version and filing of First Amended Complaint | 4.00 | $660.00 |
| | | **GRAND TOTAL** | **5.00** | **$825.00** |
| | | **REDUCTION BY 50% FOR EXCESSIVE TIME** | **2.50** | **$412.50** |
| | | **NEW TOTAL** | **2.50** | **$412.50** |
| | | Nyombi Total Struck | 2.50 | $412.50 |

**Table 9:** Summary of All Struck Hours

| Nyombi | |
|---|---:|
| **Claimed Hours** | 183.15 |
| **Hours Struck** | |
| Improper Mot. | 43.50 |
| After Offer of Judgment | 6.75 |
| Excessive Research | 24.00 |
| Duplicate Tasks | 1.25 |
| Excessive Am. Compl. Time | 2.50 |
| Email Overbilling | 4.50 |
| Routine Filing Overbilling | 4.50 |
| Insufficient Detail | 17.00 |
| **Remaining Hours** | 79.15 |
| **Percentage Adjustments** | |
| -5% for quarter-hour billing | 3.96 |
| *Total Hours Struck* | *100.04* |
| **Revised Hours** | 75.19 |
| **Revised Fees** | $12,406.35 |

| Emejuru | |
|---|---:|
| **Claimed Hours** | 12.00 |
| **Hours Struck** | |
| Improper Mot. | 5.00 |
| After Offer of Judgment | 0.00 |
| Excessive Research | 0.00 |
| Duplicate Tasks | 0.00 |
| Excessive Am. Compl. Time | 0.00 |
| Email Overbilling | 0.00 |
| Routine Filing Overbilling | 0.00 |
| Insufficient Detail | 0.00 |
| **Remaining Hours** | 7.00 |
| **Percentage Adjustments** | |
| -5% for quarter-hour billing | 0.35 |
| *Total Hours Struck* | *4.65* |
| **Revised Hours** | 6.65 |
| **Revised Fees** | $1,097.25 |

**Table 10:** Final Summary

| Attorney | Revised Hours | Fees ($165 x hours) |
|---|---:|---:|
| **Nyombi** | 75.19 | $12,406.35 |
| **Emejuru** | 6.65 | $1,097.25 |
| **Total Fees** | **81.84** | **$13,503.60** |
| Costs | | **$461.00** |
| **TOTAL FEES AND COSTS** | | **$13,964.60** |