IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| SINCERE E. COLES, ET AL.,  ) | |
|     PLAINTIFFS,  ) | |
| ) | Civil Action No. |
| V.  ) | 8:15-cv-02374-RWT |
| ) | |
| WIRELESS AND BEYOND DALLAS LLC, ET AL.  ) | |
|     DEFENDANTS.  ) | |

### SATISFACTION OF JUDGMENT

Judgment was rendered in favor of Plaintiffs and against Defendants in the above-entitled action, on the 18th day of March, 2016, in the total amount of $21,464.60. Plaintiffs hereby acknowledge payment in full of said judgment, which includes fees and costs and a separate payment for all post-judgment interest due in accordance with 28 U.S.C. §1961.

WHEREFORE, Plaintiffs acknowledge full and complete satisfaction of judgment and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:  August 19, 2016

                                                             **EMEJURU & NYOMBI  L.L.C**

                                                             By:*/s/Andrew nyombi*
                                                            ANDREW NYOMBI ESQ
                                                  IKECHUKWU K.EMEJURU, ESQ
                                                           8403 Colesville Road
                                                           Suite 1100
                                                           Silver Spring, MD 20910
                                                           Tel: (240) 638-278
                                                           Fax: 1 800 250 7923
                                                          anyombi@enylaw.com
                                                          imejuru@enylaw.com.
                                                        *Attorneys for Plaintiffs*